UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
PLUMBERS PIPEFITTERS                                 Docket Number: 11 CV 5097 (JFK)

             -against-                                NOTICE OF ASSIGNMENT

FAIRFAX FINANCIAL
--------------------------------------------------------

           The above-entitled action is:

---

[ X  ] Declined by Hon. GEORGE B. DANIELS (GBD)
           As  [   ]Related/ [ X  ] Similar to case #: 06 CV 2820

---

[ X ] Assigned to the Hon. JOHN F. KEENAN (JFK)
       [ X ] Designated / [   ] Redesignated Hon. FRANK MAAS (FM),
       Magistrate Judge

---

[   ] Accepted by Hon.          as [   ] Related/ [   ] Similar to case #:
      [   ] Designated  [   ] Redesignated Hon.                ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket
number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice
of Assignment on all defendants.

                                                    Ruby J. Krajick
                                                    Clerk of Court

 Dated: 08/04/2011                          By:    PHYLLIS ADAMIK
                                                    Deputy Clerk