UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-11

------------------------------------

Plumbers, PipeFitters &
MES Local Union **Plaintiff(s)**
No. 392

-vs-

Fairfax Financial Holdings **Defendant(s)**
Ltd.

------------------------------------x

11 CIV. 5097

Notice of a Pretrial
Conference

      Counsel are directed to appear in Courtroom 20-C on October 13, 2011 at 10:15 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

      This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
8-15-2011

_John F. Keenan_
JOHN F. KEENAN
U.S.D.J.