UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––– x
PLUMBERS, PIPEFITTERS & MES LOCAL       : Civil Action No. 1:11-cv-05097-JFK
UNION NO. 392 PENSION FUND, On Behalf   :
Of Itself And All Others Similarly Situated, :
                                        :
                    Plaintiff,          :
                                        :
        vs.                             :
                                        :
FAIRFAX FINANCIAL HOLDINGS              :
LIMITED, ODYSSEY RE HOLDINGS            :
CORP., V. PREM WATSA, TREVOR J.         :
AMBRIDGE, GREG TAYLOR, M. JANE          :
WILLIAMSON, ROBERT HARTOG,              :
ANTHONY F. GRIFFITHS, BRADLEY P.        :
MARTIN, BRANDON SWEITZER, and           :
PRICEWATERHOUSECOOPERS, LLP             :
CHARTERED ACCOUNTANTS, TORONTO          :
ONTARIO, CANADA,                        :
                                        :
                    Defendants.         :
––––––––––––––––––––––––––––––––––––––– x

### DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

MARIO ALBA JR. declares, under penalty of perjury:

1.  I am a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), one of plaintiff's counsel in the Action. I submit this Declaration in support of the Motion of Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund ("Local 392") for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel.

2.  Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of the Action, published by plaintiff Local 392 on *Business Wire*, a national, business-oriented newswire service, on July 25, 2011.

- 2 -

   3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart summarizing the estimated losses of Local 392 at approximately $32,068.20 in connection with its purchases of securities listed or registered on an American exchange and issued by Fairfax Financial Holdings Limited during the Class Period.

   4. Attached hereto as Exhibit C is a true and accurate copy of the certification of Local 392.

   5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Robbins Geller.

   6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Grant & Eisenhofer P.A.

   7. Attached hereto as Exhibit F is a true and accurate copy of the firm resume of Labaton Sucharow LLP.

DATED:  September 23, 2011

                */s/ Mario Alba Jr.*
                MARIO ALBA JR.

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that, on September 23, 2011, I caused a true and correct copy of the attached:

> Notice of Motion of Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel;
>
> Memorandum of Law in Support of the Motion of Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.