**Robbins Geller
Rudman & Dowd LLP**

Atlanta        Melville       Philadelphia   San Francisco
Boca Raton     New York       San Diego      Washington, DC



Mario Alba Jr.
malba@rgrdlaw.com

**MEMO ENDORSED**          September 21, 2011

VIA OVERNIGHT MAIL

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, NY 10007

   Re:   *Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax
         Financial Holdings Limited, et al.*,
         No. 1:11-cv-05097-JFK

Dear Judge Keenan:

   My firm, along with Grant & Eisenhofer P.A. and Labaton Sucharow, LLP, has been retained to represent an institutional investor who wishes to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in this action, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of this action. *See* 15 U.S.C. §§78u-4(a)(3)(A) and (B). The notice in this action was published on July 25, 2011; accordingly, our client must file its motion no later than Friday, September 23, 2011.

   Your Honor's Individual Practices, however, require that "For motions other than discovery motions, a pre-motion conference with the court is required before making any motion...." We respectfully submit that, under these circumstances where we do not know the identities of any other potential lead plaintiff movants, and where filing of a motion is statutorily mandated by the 60-day limit, the requirement of a pre-motion conference should be waived and that leave be granted to file our motion on September 23, 2011.

                                                  Respectfully submitted,

                                                  Mario Alba Jr.

cc:   All counsel on attached service list

58 South Service Road    Suite 200    Melville, NY  11747    Tel 631 367 7100    Fax 631 367 1173    rgrdlaw.com



## SERVICE LIST

*Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v.
Fairfax Financial Holdings Limited, et al.*, No. 1:11-cv-05097-JFK

Jonathan M. Plasse
Javier Bleichmar
Alan I. Ellman
Kevin L. Oberdorfer
LABATON SUCHAROW, LLP
140 Broadway, 34th Floor
New York, NY 10005
Telephone 212/907-0700
212/818-0477 (fax)
jplasse@labaton.com
jbleichmar@labaton.com
aellman@labaton.com
koberdorfer@labaton.com

Jay W. Eisenhofer
Geoffrey C. Jarvis
Charles T. Caliendo
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646/722-8500
646/722-8501 (fax)
jeisenhofer@gelaw.com
ccaliendo@gelaw.com
gjarvis@gelaw.com

```
Application to waive
pre-motion conference
is granted.

SO ORDERED.
Dated:     New York, N.Y.
           Sept. 23, 2011
```

_____
U.S.D.J.