**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated, | x<br>x<br>x<br>x<br>x | No. 11 CV 5097 (JFK) |
| Plaintiffs, | x<br>x | |
| v. | x<br>x | |
| FAIRFAX FINANCIAL HOLDINGS LIMITED, et al., | x<br>x | |
| Defendants. | x<br>x<br>x | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-13-11

## STIPULATION AND [PROPOSED] ORDER

WHEREAS on July 25, 2011, plaintiff Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund filed the above-captioned lawsuit against defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa, Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Anthony F. Griffiths, Robbert Hartog, Bradley P. Martin, Brandon Sweitzer, and PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada ("Defendants") alleging violations of the federal securities laws (the "Complaint");

WHEREAS on October 12, 2011, the Court issued a Memorandum Opinion & Order granting the unopposed motion of Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund for appointment as Lead Plaintiff; and

WHEREAS Lead Plaintiff will stand on the Complaint in lieu of filing an amended complaint.

NOW, THEREFORE, the parties hereby stipulate to the following, subject to the approval of the Court:

1.    Defendants hereby accept service of the Complaint.

2.    Defendants will file and serve their motions to dismiss the Complaint on

or before December 9, 2011.

3.    Lead Plaintiff shall have sixty (60) days from service of Defendants'

motions to dismiss to file and serve its opposition.

~~4.    Defendants shall have forty-five (45) days from service of Lead Plaintiff's~~ *In accordance with this Court's Individual Practice* ~~opposition to file and serve their replies.~~ *Section 2E, a full set of motion papers should be filed on April 1, 2012.*

5.    Nothing in this Stipulation shall be deemed or construed to constitute a

waiver of any defenses or arguments available to Defendants, including the defense of lack of

personal jurisdiction.

Dated: New York, New York
        October 12, 2011

Samuel H. Rudman
Mario Alba Jr.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Co-Counsel for Lead Plaintiff*

Jay W. Eisenhofer
Geoffrey C. Jarvis
Charles T. Caliendo
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Co-Counsel for Lead Plaintiff*

Brian H. Polovoy
Jeffrey J. Resetarits
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Counsel for Defendants Fairfax Financial
Holdings Limited, Odyssey Re Holdings
Corp., V. Prem Watsa, Trevor Ambridge,
Greg Taylor, M. Jane Williamson, Bradley P.
Martin, Anthony F. Griffiths, Robbert Hartog,
and Brandon W. Sweitzer*

2

_____ /HAS

Jonathan M. Plasse
Javier Bleichmar
Alan I. Ellman
Kevin L. Oberdorfer
LABATON SUCHAROW LLP
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 8907-0700
Facsimile: (212) 818-0477

*Co-Counsel for Lead Plaintiff*

_____ /BHP

Christopher Davies
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Defendant*
*PricewaterhouseCoopers LLP, Chartered*
*Accountants, Toronto, Ontario, Canada*

**SO ORDERED** this 13 day of October, 2011

_____

JOHN F. KEENAN
United States District Judge

3