UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                                                               x

PLUMBERS, PIPEFITTERS & MES LOCAL      x
UNION NO. 392 PENSION FUND, On Behalf of  x
Themselves and All Others Similarly Situated,    x
                                                                          x      No. 11 CV 5097 (JFK)
                                   Plaintiff,             x
                                                                               x      <u>Electronically Filed</u>
         v.                                                                                        x
FAIRFAX FINANCIAL HOLDINGS LIMITED,   x
et al.,                                                                               x
                                   Defendants.          x

---------------------------------------------------------------- x

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher Davies of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 1875 Pennsylvania Avenue, NW, Washington, DC, 20006, hereby appears on behalf of Defendant PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: Washington, DC                     WILMER CUTLER PICKERING
         October 24, 2011                  HALE AND DORR LLP

                                                          By: <u>/s/ Christopher Davies</u>
                                                              Christopher Davies (CD2047)

                                                              1875 Pennsylvania Avenue, NW
                                                              Washington, DC 20006
                                                              Tel.: (202) 663-6000
                                                              Fax: (202) 663-6363
                                                              Email: Christopher.Davies@wilmerhale.com

                                                              *Attorneys for Defendant PricewaterhouseCoopers*
                                                              *LLP, Chartered Accountants, Toronto, Ontario,*
                                                              *Canada*