UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
PLUMBERS, PIPEFITTERS & MES LOCAL
UNION NO. 392 PENSION FUND, On Behalf of
Themselves and All Others Similarly Situated,

               Plaintiff,

    v.

FAIRFAX FINANCIAL HOLDINGS LIMITED,
et al.,

               Defendants.
----------------------------------------------------------------- x

No. 11 CV 5097 (JFK)

<u>Electronically Filed</u>

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Scott M. Litvinoff of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 1875 Pennsylvania Avenue, NW, Washington, DC, 20006, hereby appears on behalf of Defendant PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: Washington, DC
       October 24, 2011

               WILMER CUTLER PICKERING
                 HALE AND DORR LLP

               By: /s/ Scott M. Litvinoff
                   Scott M. Litvinoff (SL6213)

                   1875 Pennsylvania Avenue, NW
                   Washington, DC 20006
                   Tel.: (202) 663-6000
                   Fax: (202) 663-6363
                   Email: Scott.Litvinoff@wilmerhale.com

               *Attorneys for Defendant PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada*