UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated, | |
| Plaintiffs, | No. 11 CV 5097 (JFK) |
| v. | |
| FAIRFAX FINANCIAL HOLDINGS LIMITED, et al., | |
| Defendants. | |

------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa, Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Anthony F. Griffiths, Bradley P. Martin, and Brandon Sweitzer.

Dated: New York, New York
      October 26, 2011

SHEARMAN & STERLING LLP

By: /s/ Jeffrey J. Resetarits
    Jeffrey J. Resetarits

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jeffrey.resetarits@shearman.com

*Counsel for Defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa, Trevor Ambridge, Greg Taylor, M. Jane Williamson, Bradley P. Martin, Anthony F. Griffiths, and Brandon W. Sweitzer*