**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------------

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated,   x x x x | No. 11 CV 5097 (JFK) |

PLUMBERS, PIPEFITTERS & MES LOCAL    x
UNION NO. 392 PENSION FUND, On Behalf of    x
Itself And All Others Similarly Situated,    x     No. 11 CV 5097 (JFK)
                                           x
            Plaintiffs,    x
                                           x
        v.    x
                                           x
FAIRFAX FINANCIAL HOLDINGS LIMITED, et    x
al.,    x
                                           x
            Defendants.    x
                                           x
------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of

defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa,

Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Anthony F. Griffiths, Bradley P. Martin,

and Brandon Sweitzer.

Dated:  New York, New York
        October 26, 2011              SHEARMAN & STERLING LLP

                                     By: /s/ Brian H. Polovoy
                                           Brian H. Polovoy

                                     599 Lexington Avenue
                                     New York, NY 10022-6069
                                     Telephone: (212) 848-4000
                                     Facsimile: (212) 848-7179
                                     bpolovoy@shearman.com

                                     *Counsel for Defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa, Trevor Ambridge, Greg Taylor, M. Jane Williamson, Bradley P. Martin, Anthony F. Griffiths, and Brandon W. Sweitzer*