UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated, | |
| Plaintiffs, | No. 11 CV 5097 (JFK) |
| v. | |
| FAIRFAX FINANCIAL HOLDINGS LIMITED, et al., | |
| Defendants. | |

--------------------------------------------------------------------------

**STATEMENT OF DEFENDANT FAIRFAX FINANCIAL HOLDINGS LIMITED PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Fairfax Financial Holdings Limited ("Fairfax") hereby certifies that (i) Fairfax is publicly traded on the Toronto Stock Exchange, (ii) it has no parent company, and (iii) no publicly held corporation owns 10 percent or more of its stock.

Dated:  New York, New York
October 26, 2011

SHEARMAN & STERLING LLP

By: /s/ Brian H. Polovoy
Brian H. Polovoy

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
bpolovoy@shearman.com

*Counsel for Defendant Fairfax Financial Holdings Limited*