UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated, | |
| Plaintiffs, | No. 11 CV 5097 (JFK) |
| v. | |
| FAIRFAX FINANCIAL HOLDINGS LIMITED, et al., | |
| Defendants. | |

**STATEMENT OF DEFENDANT ODYSSEY RE HOLDINGS CORP.
PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Odyssey Re Holdings Corp. ("OdysseyRe") hereby certifies that OdysseyRe is an indirect, wholly-owned subsidiary of Fairfax Financial Holdings Limited, which is publicly traded on the Toronto Stock Exchange.

Dated:  New York, New York
        October 26, 2011

SHEARMAN & STERLING LLP

By: /s/ Brian H. Polovoy
    Brian H. Polovoy

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
bpolovoy@shearman.com

*Counsel for Defendant Odyssey Re Holdings Corp.*