UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLUMBERS, PIPEFITTERS & MES LOCAL
UNION NO. 392 PENSION FUND, On Behalf of
Themselves and All Others Similarly Situated,

                              Plaintiff,

     v.

FAIRFAX FINANCIAL HOLDINGS LIMITED,
et al.,

                             Defendants.

---

No. 11 CV 5097 (JFK)

<u>Electronically Filed</u>

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT <u>PRICEWATERHOUSECOOPERS LLP, TORONTO, ONTARIO, CANADA</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant PricewaterhouseCoopers LLP ("PwC Canada"), hereby states as follows:

PwC Canada is an Ontario Limited Liability Partnership headquartered in Toronto, Ontario, which engages in — among other things — the practice of accountancy. PwC Canada is an independent legal entity and is not controlled by any other legal entity, including any other firm belonging to the PricewaterhouseCoopers international network of firms. No publicly held corporation owns 10% or more of the partnership interests of PwC Canada.

Dated: Washington, DC
       October 28, 2011

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Scott M. Litvinoff
    Christopher Davies (christopher.davies@wilmerhale.com)
    Scott M. Litvinoff (scott.litvinoff@wilmerhale.com)

    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    Tel.: (202) 663-6000
    Fax: (202) 663-6363

*Attorneys for Defendant PricewaterhouseCoopers LLP, Toronto, Ontario, Canada*