UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

PLUMBERS, PIPEFITTERS & MES LOCAL : x
UNION NO. 392 PENSION FUND, On Behalf of : x
Themselves and All Others Similarly Situated, : x
                                                               x
                            Plaintiff,              x           No. 11 CV 5097 (JFK) (FM)

                                                  x

                v.                                        x

FAIRFAX FINANCIAL HOLDINGS LIMITED, : x
et al.,                                            x

                             Defendants.    x

------------------------------------------------------------ x

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Benjamin C. Brown, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada in the above-captioned action.

I am in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: October 31, 2011

                                                    Respectfully Submitted,

                                                    Benjamin C. Brown
                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    1875 Pennsylvania Avenue, N.W.
                                                    Washington, DC  20006
                                                    (202) 663-6870 (telephone)
                                                    (202) 663-6363 (facsimile)
                                                    ben.brown@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
PLUMBERS, PIPEFITTERS & MES LOCAL            x
UNION NO. 392 PENSION FUND, On Behalf of     x
Themselves and All Others Similarly Situated, x
                                              x   No. 11 CV 5097 (JFK) (FM)
                           Plaintiff,         x
                                              x
             v.                               x
                                              x
FAIRFAX FINANCIAL HOLDINGS LIMITED,          x
et al.,                                       x
                                              x
                           Defendants.        x
                                              x
---------------------------------------------------------------- x

## ORDER FOR ADMISSION *PRO HAC VICE*
## ON WRITTEN MOTION

The motion of Benjamin C. Brown for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and his contact information is as follows:

>    Applicant Name:   Benjamin C. Brown
>    Firm Name:        Wilmer Cutler Pickering Hale and Dorr LLP
>    Address:          1875 Pennsylvania Avenue, N.W.
>    City/State:       Washington, DC  20006
>    Phone No.:        (202) 663-6870
>    Fax No.:          (202) 663-6363
>    Email:            ben.brown@wilmerhale.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at http:nysd.uscourts.gov/ecf_registration.php.

DATED: _____      _____
                                                                                      The Honorable John F. Keenan
                                                                                      United States District Judge



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT BENJAMIN CLARK BROWN IS AN ASSOCIATE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. BROWN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 16, 2003, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued October 26, 2011

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BENJAMIN C. BROWN**

was on the  9TH  day of  AUGUST, 2004  duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 28, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 x
PLUMBERS, PIPEFITTERS & MES LOCAL                                x
UNION NO. 392 PENSION FUND, On Behalf of                         x
Themselves and All Others Similarly Situated,                    x
                                                                 x   No. 11 CV 5097 (JFK) (FM)
                    Plaintiff,                  x
                                                                 x
     v.                                                         x
                                                                 x
FAIRFAX FINANCIAL HOLDINGS LIMITED,                              x
et al.,                                                          x
                                                                 x
                    Defendants.                 x
                                                                 x
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

     I, Saverino Mercadante, hereby certify that on November 1, 2011, I served, via First-Class Mail, a true a correct copy of a Motion to Admit Counsel Pro Hac Vice, dated October 31, 2011, on:

Mario Alba, Jr.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, New York 11747

Brian Howard Polovoy
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Dated: November 1, 2011

                                                    _____
                                                    Saverino Mercadante