UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------   x
                                               x

PLUMBERS, PIPEFITTERS & MES LOCAL   x
UNION NO. 392 PENSION FUND, On Behalf of   x
Themselves and All Others Similarly Situated,   x
                                               x

                         Plaintiff,   x

          v.   x

FAIRFAX FINANCIAL HOLDINGS LIMITED,   x
et al.,   x

                     Defendants.   x

------------------------------------------------------------   x

No. 11 CV 5097 (JFK) (FM)

OFFICE COPY

NOV 01 2011

U.S.D.C. S.D.N.Y.
CASHIERS

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Bruce E. Coolidge, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants

PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada in the above-

captioned action.

    I am in good standing of the bar of the District of Columbia.  There are no pending

disciplinary proceedings against me in any state or federal court.

DATED: ~~November~~ October 28, 2011

Respectfully Submitted,

Bruce E. Coolidge
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6376 (telephone)
(202) 663-6363 (facsimile)
Bruce.Coolidge@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------  X
                                                            X
PLUMBERS, PIPEFITTERS & MES LOCAL                           X
UNION NO. 392 PENSION FUND, On Behalf of                    X
Themselves and All Others Similarly Situated,               X
                                                            X        No. 11 CV 5097 (JFK) (FM)
                                      Plaintiff,            X
                                                            X
             v.                                             X
                                                            X
FAIRFAX FINANCIAL HOLDINGS LIMITED,                         X
et al.,                                                     X
                                                            X
                                     Defendants.            X
                                                            X
----------------------------------------------------------  X
```

## ORDER FOR ADMISSION *PRO HAC VICE*
## ON WRITTEN MOTION

The motion of Bruce E. Coolidge for admission to practice Pro Hac Vice in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of

Columbia, and his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Bruce E. Coolidge |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Avenue, N.W. |
| City/State: | Washington, DC  20006 |
| Phone No.: | (202) 663-6376 |
| Fax No.: | (202) 663-6363 |
| Email: | Bruce.Coolidge@wilmerhale.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Defendant PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada

in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel shall immediately apply for an ECF password at http:nysd.uscourts.gov/ecf_registration.php.

DATED: _____          _____

The Honorable John F. Keenan
United States District Judge



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

BRUCE   E.   COOLIDGE
_____

was on the        6TH   day of        AUGUST, 1979
_____                  _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 27, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
                          Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                                         x
PLUMBERS, PIPEFITTERS & MES LOCAL                        x
UNION NO. 392 PENSION FUND, On Behalf of                 x
Themselves and All Others Similarly Situated,            x
                                                         x       No. 11 CV 5097 (JFK) (FM)
                             Plaintiff,                  x
                                                         x
           v.                                            x
                                                         x
FAIRFAX FINANCIAL HOLDINGS LIMITED,                      x
et al.,                                                  x
                                                         x
                             Defendants.                 x
                                                         x
------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Saverino Mercadante, hereby certify that on November 1, 2011, I served, via First-Class Mail, a true a correct copy of a Motion to Admit Counsel Pro Hac Vice, dated October 31, 2011, on:

Mario Alba, Jr.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, New York 11747


Brian Howard Polovoy
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Dated: November 1, 2011

Saverino Mercadante