UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                        x
PLUMBERS, PIPEFITTERS & MES LOCAL   x
UNION NO. 392 PENSION FUND, On Behalf of   x
Themselves and All Others Similarly Situated,   x
                                        x    No. 11 CV 5097 (JFK) (FM)
                 Plaintiff,   x
                                        x
          v.                        x
FAIRFAX FINANCIAL HOLDINGS LIMITED,   x
et al.,   x
                                        x
                Defendants.   x
                                        x
---------------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-11

## ORDER FOR ADMISSION *PRO HAC VICE*
## ON WRITTEN MOTION

The motion of Benjamin C. Brown for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and his contact information is as follows:

       Applicant Name:     Benjamin C. Brown
       Firm Name:            Wilmer Cutler Pickering Hale and Dorr LLP
       Address:               1875 Pennsylvania Avenue, N.W.
       City/State:            Washington, DC  20006
       Phone No.:           (202) 663-6870
       Fax No.:               (202) 663-6363
       Email:                  ben.brown@wilmerhale.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant PricewaterhouseCoopers LLP, Chartered Accountants, Toronto, Ontario, Canada in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at http:nysd.uscourts.gov/ecf_registration.php.

DATED: November 7, 2011

The Honorable John F. Keenan
United States District Judge