# WILMERHALE

November 23, 2011

By Federal Express

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 1930
New York, New York 10007



**Christopher Davies**

+1 202 663 6187 (t)
+1 202 663 6363 (f)
christopher.davies@wilmerhale.com

Re: *Plumbers, et al. v. Fairfax Financial Holdings Limited, et al.*, No. 11 CV 5097 (JFK)

Dear Judge Keenan:

We represent defendant PricewaterhouseCoopers LLP, Toronto, Ontario, Canada ("PwC Canada"). Pursuant to Rule 2D of your Individual Practices, we hereby request permission to file a memorandum of law in excess of 25 pages in support of our client's motion to dismiss. Plaintiff's counsel has advised that they take no position regarding this request.

The complaint's six counts allege — over the course of 617 paragraphs and more than 210 pages — violations by the defendants of both the Securities Act and the Securities Exchange Act. More specifically, the plaintiff alleges that the Fairfax defendants intentionally misled Fairfax's stockholders about, *inter alia*, the correct accounting for certain reinsurance contracts, and that PwC Canada actively participated in this alleged fraud by issuing Fairfax clean audit opinions.

PwC Canada intends to file a motion to dismiss asserting, *inter alia*, that plaintiff's claims have been extinguished by the statutes of repose, that plaintiff has failed to allege facts necessary to state a securities law claim under *Morrison*, and that plaintiff has not adequately alleged scienter or loss causation against PwC Canada. In order to give adequate treatment to these arguments — and in light of the lengthy complaint and extensive procedural history surrounding this case, already dismissed once by Judge Daniels — we respectfully request permission to file a memorandum of law not in excess of 30 pages in support of our motion to dismiss.

We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully submitted,

*/s/ Christopher Davies/*

Christopher Davies
cc: All counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-11

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

**WILMERHALE**

The Honorable John F. Keenan
November 23, 2011
Page 2

SO ORDERED this 29 day of November, 2011.

*/s/ John F. Keenan*
Hon. John F. Keenan
United States District Judge