# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-11

bpolovoy@shearman.com
(212) 848-4703

December 2, 2011

Honorable John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

<u>Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax Financial Holdings Limited, et al.</u>, No. 11 CV 5097 (JFK)

Dear Judge Keenan:

We write on behalf of defendants. Pursuant to Your Honor's Individual Practice Rule 1E, we write to request a one week extension of time, from December 9, 2011 to December 16, 2011, to serve the motions to dismiss. This additional time is requested to allow our clients sufficient opportunity to review and comment on our draft memorandum. Defendants have not previously requested an extension of time, and plaintiff consents to the extension. This extension would not change any other provision of the stipulated scheduling order [docket no. 10], and the fully briefed motions to dismiss would still be filed by April 1, 2011 in accordance with the Court's order.

We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully submitted,

Brian H. Polovoy

cc: All counsel

SO ORDERED this 5 day of December, 2011

_____
Hon. John F. Keenan, U.S.D.J.

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.