UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated, | |
| Plaintiff, | No. 11 CV 5097 (JFK) |
| v. | |
| FAIRFAX FINANCIAL HOLDINGS LIMITED, et al., | |
| Defendants. | |

**SUGGESTION OF DEATH UPON THE RECORD**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**

Defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa, Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Anthony F. Griffiths, Bradley P. Martin, and Brandon Sweitzer suggest upon the record, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of defendant Robbert Hartog prior to the filing of this action.

Dated: New York, New York
December 13, 2011

SHEARMAN & STERLING LLP

By: /s/ Brian H. Polovoy
    Brian H. Polovoy
    Jeffrey J. Resetarits

599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212-848-4000
Facsimile: 212-848-7179

*Attorneys for Defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., V. Prem Watsa, Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Anthony F. Griffiths, Bradley P. Martin, and Brandon Sweitzer*