UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX FINANCIAL HOLDINGS LIMITED, et al.,<br><br>Defendants. | : : : : : : : : : : : : : : | No. 11 CV 5097 (JFK) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Lead Plaintiff Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 15, 2011

LABATON SUCHAROW LLP

By:  /s/ Jonathan Gardner
      Jonathan Gardner

140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
jgardner@labaton.com

*Co-Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf of Itself And All Others Similarly Situated, | : <br> : <br> : <br> :   No. 11 CV 5097 (JFK) |
| Plaintiffs, | : |
| v. | : |
| FAIRFAX FINANCIAL HOLDINGS LIMITED, et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2011, I caused the following to be electronically filed:

(i)    Notice of Appearance for Jonathan Gardner

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Javier Bleichmar**
  jbleichmar@labaton.com,drogers@labaton.com,electroniccasefiling@labaton.com

- **Benjamin C. Brown**
  ben.brown@wilmerhale.com

- **Charles Thomas Caliendo**
  ccaliendo@gelaw.com

- **Christopher Davies**
  christopher.davies@wilmerhale.com

- **Alan Ian Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com

- **Geoffrey Coyle Jarvis**
  gjarvis@gelaw.com,acarpio@gelaw.com,cnevers@gelaw.com,shaggerty@gelaw.com, jkairis@gelaw.com,mwinchell@gelaw.com

- **Scott Michael Litvinoff**
  scott.litvinoff@wilmerhale.com

- **Kevin Leo Oberdorfer**
  koberdorfer@labaton.com,electroniccasefiling@labaton.com

- **Jonathan M. Plasse**
  jplasse@labaton.com,stountas@labaton.com,mchiano@labaton.com, koberdorfer@labaton.com,jcrowell@labaton.com,electroniccasefiling@labaton.com

- **Brian Howard Polovoy**
  bpolovoy@shearman.com

- **Jeffrey Jason Resetarits**
  jeffrey.resetarits@shearman.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

I hereby certify that I have mailed the foregoing document via United States Postal Service, first class mail, to the following non-CM/ECF participants:

Bruce E. Coolidge
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

                                                ___/s/  Jonathan Gardner_____
                                                        Jonathan Gardner