

**WILMERHALE**

December 16, 2011

**Christopher Davies**

+1 202 663 6187 (t)
+1 202 663 6363 (f)
christopher.davies@wilmerhale.com

By Federal Express

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 1930
New York, New York 10007



Re: <u>Plumbers, et al. v. Fairfax Financial Holdings Limited, et al., No. 11 CV 5097 (JFK)</u>

Dear Judge Keenan:

We represent defendant PricewaterhouseCoopers LLP, Toronto, Ontario, Canada ("PwC Canada"). This afternoon we mistakenly filed our (1) Notice of Motion to Dismiss [Docket No. 27], (2) Memorandum of Law in Support thereof [Docket No. 28] and (3) Declaration in Support of the Motion to Dismiss [Docket No. 29] (collectively, the "Motion Papers") in ECF, rather than waiting until the motion had been fully briefed as specified by Rule 2.E of your Individual Practices. We apologize to the Court for this oversight.

Accordingly, we respectfully withdraw without prejudice the Motion Papers, and will refile them once briefing has been completed, in accordance with your Individual Practices.

We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully submitted,

*/s/ Christopher Davies*

Christopher Davies
cc: All counsel

```
The motion is withdrawn, without
prejudice, to be re-filed on
April 1, 2012, in accordance
with the Court's Order of
October 13, 2011.
SO ORDERED.
Dated:  New York, N.Y.
        December 19, 2011
```

*/s/ John F. Keenan*
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-11

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington