USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLUMBERS, PIPEFITTERS & MES LOCAL
UNION NO. 392 PENSION FUND, On Behalf of
Itself And All Others Similarly Situated,

                            Plaintiffs,

v.

FAIRFAX FINANCIAL HOLDINGS LIMITED, et
al.,

                            Defendants.

No. 11 CV 5097 (JFK)

**ORDER FOR ADMISSION
PRO HAC VICE**

---

The motion of Paul J. Scarlato for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows

| | |
|---|---|
| Applicant's Name: | Paul J. Scarlato |
| Firm Name: | Labaton Sucharow LLP |
| Address: | 140 Broadway |
| City / State / Zip: | New York, NY 10005 |
| Telephone: | (212) 907-0700 |
| Fax: | (212) 818-0477 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lead Plaintiff Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF password.

Dated: January 26, 2012

_____
Hon. John F. Keenan
United States District Judge