# Labaton Sucharow



Jonathan Gardner
Partner
direct
212 883 7039 fax
jgardner@labaton.com

January 31, 2012

**VIA HAND DELIVERY**

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

RECEIVED
FEB - 1 2012
JUDGE KEENAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-12

Re: *Plumbers, et al. v. Fairfax Financial Holdings Limited, et al.*, No. 11 CV 5097 (JFK)

Dear Judge Keenan:

We represent Lead Plaintiff Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund in the above-captioned securities class action. Pursuant to the Court's Individual Practice Rule 2D, we write to request permission to file an oversized, consolidated memorandum of law responding to the oversized memoranda filed on December 16, 2011 by (1) Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., and the individual defendants (the "Fairfax Defendants") and (2) PricewaterhouseCoopers LLP, Toronto, Ontario, Canada ("PwC Canada"), in support of their respective motions to dismiss. Lead Plaintiff's opposition papers are due on February 14, 2012.

On November 29, 2011 the Court granted the Fairfax Defendants' request to file an oversized memorandum of law not to exceed 48 pages (Docket No. 23). On November 29, 2011 the Court similarly granted PwC Canada's request to file an oversized memorandum of law not to exceed 30 pages (Docket No. 22). Defendants have since filed two memoranda totaling 72 pages. To fully address the arguments made by both PwC Canada and the Fairfax Defendants, Lead Plaintiff respectfully requests permission to file a single consolidated memorandum of law responding to both briefs that will not exceed 70 pages.

Defendants have advised us that they take no position regarding Lead Plaintiff's request. We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully,

Jonathan Gardner
JG
cc: All counsel

Application granted.
SO ORDERED.
Dated:   New York, N.Y.
         February 6, 2012

John F. Keenan
U.S.D.J.

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com