# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

bpolovoy@shearman.com
(212) 848-4703

February 7, 2012

Honorable John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007



Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax Financial Holdings Limited, et al., No. 11 CV 5097 (JFK)

Dear Judge Keenan:

We write on behalf of defendants. Pursuant to Your Honor's Individual Practice Rule 1E, we write to request a 10 day extension of time, from April 1, 2012 to April 11, 2012, for defendants to serve reply briefs in further support of their motions to dismiss. Plaintiff's counsel consents to the requested relief.

The reason for the requested extension is that the in-house attorney at defendant Fairfax Financial Holdings Limited with responsibility for this matter will be out of the office for a four week period until April 6, and this additional time will give him the opportunity to review and comment on our draft reply brief after his return. Defendants have not previously requested an extension of time to serve their reply briefs.

We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully submitted,

Brian H. Polovoy

cc: All counsel

SO ORDERED this 8 day of February, 2012

Hon. John F. Keenan, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.