# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

bpolovoy@shearman.com
(212) 848-4703



April 6, 2012

Honorable John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1930
New York, New York 10007

Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax Financial Holdings Limited, et al., No. 11 CV 5097 (JFK)

Dear Judge Keenan:

We represent defendants Fairfax Financial Holdings Limited, Odyssey Re Holdings Corp., and the individual defendants. Pursuant to Your Honor's Individual Practice Rule 2D, we write to request permission to file an oversized reply brief in further support of our clients' motion to dismiss.

The complaint in this securities action is 210 pages long. Plaintiff's opposition brief is 70 pages. We respectfully request permission to file a reply brief not to exceed 37 pages. We believe this length is necessary to address adequately the issues raised in plaintiff's opposition, including whether the complaint is time barred, whether plaintiff lacks standing, and whether plaintiff has adequately alleged a material misrepresentation, loss causation, and scienter.

We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully submitted,

Brian H. Polovoy

cc: All counsel

*Application Granted*

SO ORDERED this 9 day of April, 2012

John F. Keenan
Hon. John F. Keenan, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-12

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.