

# WILMERHALE

April 6, 2012

By Federal Express

**Christopher Davies**

+1 202 663 6187 (t)
+1 202 663 6363 (f)
christopher.davies@wilmerhale.com

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 1930
New York, New York 10007

Re: *Plumbers, et al. v. Fairfax Financial Holdings Limited, et al.*, No. 11 CV 5097 (JFK)

Dear Judge Keenan:

We represent defendant PricewaterhouseCoopers LLP, Toronto, Ontario, Canada ("PwC Canada"). Pursuant to Rule 2D of your Individual Practices, we hereby request permission to file a reply memorandum of law in excess of 10 pages in further support of our client's motion to dismiss.

The complaint's six counts allege — over the course of 617 paragraphs and more than 210 pages — violations by the defendants of both the Securities Act and the Securities Exchange Act. More specifically, the plaintiff alleges that the Fairfax defendants intentionally misled Fairfax's stockholders about, *inter alia*, the correct accounting for certain reinsurance contracts, and that PwC Canada actively participated in this alleged fraud by issuing Fairfax clean audit opinions. PwC Canada has moved to dismiss the complaint on a variety of grounds, including that it fails to adequately allege a material misstatement, loss causation or scienter against PwC Canada, and that all of plaintiff's asserted claims are in any event barred by the applicable statutes of repose.

In response to defendants' motions to dismiss, plaintiff has served a 70 page omnibus brief in opposition. In order to give adequate treatment to the plaintiff's arguments contained therein, we respectfully request permission to file a reply memorandum of law not in excess of 15 pages in further support of our motion to dismiss.

We appreciate the Court's consideration. Please feel free to have your chambers contact me should you have any questions.

Respectfully submitted,

Christopher Davies
cc: All counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-12

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

The Honorable John F. Keenan
April 6, 2012
Page 2

SO ORDERED this ___9___ day of April, 2012.

*[signature: John F. Keenan]*

Hon. John F. Keenan
United States District Judge