UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-12

------------------------------------x

Plumbers, Pipefitters & MES Local Union
No. 392 Pension Fund, On Behalf of
Itself and All Others Similarly Situated

        v.

Fairfax Financial Holdings Limited, et al.

No. 11 Civ. 5097

------------------------------------x

PLEASE BE ADVISED THAT ORAL ARGUMENT HAS BEEN
SCHEDULED FOR  June 12, 2012  AT  10:30 a.m. , IN COURTROOM 20-C
                                                                                                                         500 PEARL ST

PLEASE NOTIFY OPPOSING COUNSEL AS TO THIS DATE.

Dated: April 30, 2012

                                                RESPECTFULLY,

                                                William Ryan
                                                CLERK TO J. KEENAN