

**Robbins Geller**
**Rudman & Dowd LLP**

Atlanta
Boca Raton
Chicago

Melville
New York
Philadelphia

San Diego
San Francisco
Washington, DC

RECEIVED
MAY 22 2012
JUDGE KEENAN'S CHAMBERS

Mario Alba Jr.
malba@rgrdlaw.com

May 21, 2012

<u>VIA HAND DELIVERY</u>

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, NY 10007

    Re: *Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax Financial Holdings Limited, et al.*, No. 1:11-cv-05097-JFK

Dear Judge Keenan:

    We represent Plaintiff in the above-referenced action. As the Court is aware, oral argument on Defendants' motions to dismiss is currently scheduled for June 12, 2012 at 10:30 a.m. Because of a scheduling conflict, however, we write to request an adjournment of the argument. There have been no previous requests for adjournment, and Defendants do not oppose this request. We have consulted with defense counsel, and have concluded that all parties are available on June 28 and June 29. If Your Honor is amenable to rescheduling the argument, but neither of those dates works for the Court, please let us know.

```
Oral argument is adjourned
to July 16, 2012 at 11 a.m.

SO ORDERED.
Dated:   New York, N.Y.
         May 24, 2012
```

Respectfully submitted,

Mario Alba Jr.

*/s/ John F. Keenan*
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-12

58 South Service Road    Suite 200    Melville, NY 11747    Tel 631 367 7100    Fax 631 367 1173    www.rgrdlaw.com

