USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PLUMBERS, PIPEFITTERS & MES LOCAL
UNION NO. 392 PENSION FUND, On Behalf Of
Itself And All Others Similarly Situated,

        Plaintiff,      11 **CIVIL** 5097 (JFK)

   -against-        **JUDGMENT**

FAIRFAX FINANCIAL HOLDINGS LIMITED,
ODYSSEY RE HOLDINGS CORP., V. PREM
WATSA, TREVOR J. AMBRIDGE, GREG
TAYLOR, M. JANE WILLIAMSON, ROBERT
HARTOG, ANTHONY F. GRIFFITHS, BRADLEY
P. MARTIN, BRANDON SWEITZER, and
PRICEWATERHOUSE COOPERS, LLP,
CHARTERED ACCOUNTANTS, TORONTO
ONTARIO, CANADA,
        Defendants.
-----------------------------------------------------------X

  Defendants having moved to dismiss, and the matter having come before the Honorable John F. Keenan, United States District Judge, and the Court, on August 13, 2012, having rendered its Opinion and Order granting Defendants' motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 13, 2012, Defendants' motion to dismiss is granted; because the statute of repose has run, the Court declines to grant leave to replead; accordingly, the case is closed.

**Dated:** New York, New York
   August 20, 2012         **RUBY J. KRAJICK**
                        Clerk of Court
             BY:
                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____