UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 PENSION FUND, On Behalf Of Itself And All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>FAIRFAX FINANCIAL HOLDINGS LIMITED, ODYSSEYRE HOLDINGS CORP., V. PREM WATSA, TREVOR J. AMBRIDGE, GREG TAYLOR, M. JANE WILLIAMSON, ROBERT HARTOG, ANTHONY F. GRIFFITHS, BRADLEY P. MARTIN, BRANDON SWEITZER, and PRICEWATERHOUSECOOPERS, LLP CHARTERED ACCOUNTANTS, TORONTO ONTARIO, CANADA,<br><br>      Defendants. | Case No. 1:11-cv-05097-JFK |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiff Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund ("Plaintiff"), on behalf of itself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the District Court's judgment of dismissal (Dkt. #51, entered on August 20, 2012), including the Opinion & Order granting Defendants' motion to dismiss Plaintiff's Class Action Complaint (Dkt. #50, entered on August 13, 2012).

DATED: September 19, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com

GRANT & EISENHOFER P.A.
JAY W. EISENHOFER
GEOFFREY C. JARVIS
CHARLES T. CALIENDO
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646/722-8500
646/722-8501 (fax)
jeisenhofer@gelaw.com
gjarvis@gelaw.com
ccaliendo@gelaw.com

LABATON SUCHAROW LLP
JONATHAN M. PLASSE
JAVIER BLEICHMAR
JONATHAN GARDNER
PAUL J. SCARLATO
ANGELINA NGUYEN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jplasse@labaton.com
jbleichmar@labaton.com
jgardner@labaton.com
pscarlato@labaton.com
anguyen@labaton.com

*Co-Lead Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012, I filed the foregoing to the Clerk of the Court in the Southern District of New York, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to all counsel indicated on the attached service list.

                    ROBBINS GELLER RUDMAN & DOWD LLP

                    /s/ Samuel H. Rudman
                    SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

SERVICE LIST
*Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v.
Fairfax Financial Holdings Ltd., et al.*
No. 1:11-cv-05097-JFK (S.D.N.Y.)

Brian H. Polovoy
Jeffrey J. Resetarits
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
Telephone: 212/848-4000
212/848-7179 (fax)

*Attorneys for Defendants Fairfax Financial Holdings Ltd., Odyssey Re Holdings Corp., V. Prem Watsa, Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Robbert Hartog, Anthony F. Griffiths, Bradley P. Martin and Brandon Sweitzer*


Christopher Davies
Ben Brown
Scott M. Litvinoff
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: 202/663-6000
202/663-6363 (fax)

*Attorneys for Defendant Price WaterhouseCoopers LLP, Toronto, Ontario, Canada*