**MANDATE**

N.Y.S.D. Case # 11-cv-5097(JFK)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of October, two thousand and twelve,

_____

Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund, On behalf of Itself and all others similarly situated,

    Plaintiff - Appellant,

v.

Fairfax Financial Holdings Limited, Odysseyre Holdings Corp., V. Prem Watsa, Trevor J. Ambridge, Greg Taylor, M. Jane Williamson, Robert Hartog, Anthony F. Griffiths, Bradley P. Martin, Brandon Sweitzer, PricewaterhouseCoopers, LLP Chartered Accountants, Toronto, Ontario, Canada,

    Defendants - Appellees.

_____

ORDER
Docket No. 12-3798

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 12, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/12/2012